FILED

2017 DEC -4  PM 3: 50

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNILOC USA, INC., and<br>UNILOC LUXEMBOURG, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>BOX, INC.,<br><br>Defendant. | § § § § § § § § § § § § § § Civil Action No. 1:17-cv-00754-LY |

## INITIAL SCHEDULING ORDER

On November 29, 2017, the Court conducted an initial pretrial conference in the above entitled and numbered case. All parties appeared through counsel. As a result of the hearing, the Court **ORDERS** that the following schedule will govern case deadlines up to and including this Court's Claim Construction hearing:

| Date | Event |
|---|---|
| December 6, 2017 | Defendant's Deadline to Reply in Support of Defendant's Motion to Transfer |
| December 13, 2017 | Plaintiff's Deadline to Respond to Defendant's Motion to Dismiss |
| December 20, 2017 | Defendant's Deadline to Reply in Support of Defendant's Motion to Dismiss |
| January 5, 2018 | Disclosure: Claims / Infringement Contentions |
| February 16, 2018 | Disclosure: Invalidity Contentions |
| March 2, 2018 | Identify Claim Terms to Be Construed |
| March 16, 2018 | Identify Constructions for Claim Terms to Be Construed |

| Date | Event |
|---|---|
| April 6, 2018 | Joint Claim Construction Statement |
| April 27, 2018 | Close of Claim Construction Discovery |
| May 11, 2018 | Opening Claim Construction Brief |
| June 1, 2018 | Reply Claim Construction Brief |
| June 14, 2018, at 9:30 a.m. | Technology Tutorial |
| June 14, 2018, at 1:30 p.m. | *Markman* Hearing |

It is further **ORDERED** that the parties may immediately commence discovery limited to the issues of claim construction.

It is further **ORDERED** that no party shall engage in any discovery other than that described in this Order without further order of the Court, unless by agreement of the parties.

It is finally **ORDERED** that the Stay imposed by Order of the Court dated October 26, 2017, Dkt. No. 23, is **LIFTED** for proceedings in accordance with this Order.

SIGNED this 4th day of Dec., 2017

THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE

AGREED:

| | |
|---|---|
| /s/ Aaron S. Jacobs | /s/ Katherine P. Chiarello |
| James J. Foster | Katherine P. Chiarello |
| Aaron S. Jacobs | Texas State Bar No. 24006994 |
| **PRINCE LOBEL TYE LLP** | katherine@wittliffcutter.com |
| One International Place, Suite 3700 | John D. Saba, Jr. |
| Boston, MA 02110 | Texas State Bar No. 24037415 |
| Tel: (617) 456-8000 | john@wittliffcutter.com |
| Email: jfoster@princelobel.com | **WITTLIFF \| CUTTER \| AUSTIN, PLLC** |
| Email: ajacobs@princelobel.com | 1806 West. Ave. |
| | Austin, Texas 78701 |
| Edward R. Nelson III | Telephone: (512) 960-4524 |
| ed@nelbum.com | Telecopier: (512) 960-4869 |
| Texas State Bar No. 00797142 | |
| Anthony M. Vecchione | **Counsel for Defendant BOX, INC.** |
| anthony@nelbum.com | |
| Texas State Bar No. 24061270 | |
| NELSON BUMGARDNER PC | |
| 3131 West 7th Street, Suite 300 | |
| Fort Worth, TX 76107 | |
| Tel: (817) 377-9111 | |
| Fax: (817) 377-3485 | |

**ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1) on December 1, 2017.

/s/ Aaron S. Jacobs